PETER NECOLAYFF, as Administrator of the Estate of FRANCES NECOLAYFF, Deceased, Respondent, *v.* GENESEE HOSPITAL, Appellant.

Argued February 17, 1947; decided April 10, 1947.

*Robert C. Winchell* for appellant.
*Harry A. Sessions* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.